BEFORE THE FIRST DIVISION, FEBRUARY 21, 1947

**No. 51568.**—Protests 7731–K, etc., of Pitman Dreitzer & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 21, 1947

**No. 51569.**—Protests 593399–G, etc., of Bloomingdale Bros., Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 21, 1947

**No. 51570.**—Petition 6464–R of American Import Co. (Los Angeles).

Opinion by EKWALL, J.   From the evidence presented it appeared that the petitioner had submitted all the information in its possession to the customs broker; that petitioner had no information from which it could have ascertained whether or not the entered value was lower than it should have been; and that petitioner was not advised of any condition existing in Japan contrary to the price it paid for the merchandise.   Upon the record it was held that the entry of the merchandise at a less value than that found on final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.